**IT IS ORDERED as set forth below:**



**Date: July 15, 2026**

_____

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBER** |
| | : | |
| BETTY DICKERSON, | : | 26-56843-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 13 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

### <u>ORDER AND NOTICE OF IN-PERSON HEARING</u>

Betty Dickerson, filed a _Motion to Reconsider Dismissal Order_ (Doc. 26) (the "Motion").

IT IS ORDERED, and notice is given, that the Court will hold an in-person hearing on the Motion on **August 4, 2026, at 9:15 a.m.** in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

### **END OF DOCUMENT**

**Distribution List**

ALL PARTIES ON THE COURT'S MAILING MATRIX